# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TYCE HELDENBRAND,

             Plaintiff,             Case No. 2:12-cv-01562-RCJ-PAL

vs.                                        **ORDER**

MULTIPOINT WIRELESS, LLC, et al.,

             Defendants.

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #3) entered August 31, 2012, regarding removal of this case to federal district court. On September 14, 2012, Defendant Ericsson, Inc. filed a signed Statement (Dkt. #5) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., October 30, 2012,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 16th day of October, 2012.

_____
Peggy A. Leen
United States Magistrate Judge