# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TYCE HELDENBRAND,

          Plaintiff,

vs.

MULTIPOINT WIRELESS, LLC, et al.,

          Defendants.

Case No. 2:12-cv-01562-RCJ-NJK

**ORDER**

(Reqst for Telephonic Appearance - Dkt. #38)

    Before the court is Defendant Multipoint Wireless, LLC's Request Authorizing Telephonic Appearance of Liability Insurance Carrier Representative at Settlement Conference (Dkt. #38) filed February 11, 2013. The liability insurance carrier for Multipoint is Hartford Financial, which is located in New York. This request is made to have the Hartford Financial representative appear telephonically as the representative responsible for overseeing this litigation resides outside of New York City. Counsel represents this person has settlement authority, a complete understanding of the allegations being made against Multipoint, a complete understanding of Multipoint's legal and factual defenses and has previously authorized a settlement offer. Defense counsel and an officer of Multipoint will appear in person. Plaintiff did not file a response to the motion. Accordingly,

    **IT IS ORDERED** that Multipoint's Request Authorizing Telephonic Appearance of Liability Insurance Carrier Representative at Settlement Conference (Dkt. #38) is **GRANTED;** however, the Hartford Financial representative shall be available telephonically for the duration of the settlement conference whether or not the conference is ongoing after business hours in New York.

    Dated this 19th day of February, 2013.

                                                Peggy A. Leen
                                                United States Magistrate Judge