William D. Naeve, Esq.
Nevada Bar No. 7837
wnaeve@murchisonlaw.com
Michael J. Nuñez, Esq.
Nevada Bar No. 10703
mnunez@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
6900 Westcliff Drive, Suite 605
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957

Attorneys for Defendant, MULTIPOINT WIRELESS, LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TYCE HELDENBRAND,<br><br>    Plaintiff,<br><br>vs.<br><br>MULTIPOINT WIRELESS, LLC, a California Limited Liability Company; ERICSSON, INC., a Delaware Corporation; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>    Defendants. | CASE NO. 2:12-cv-01562-RCJ-PAL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER THEREON**<br><br>*Fed. Rules Civ. Proc.*, Rule 41(a)(1)(A)(ii) |

**TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD**:

Pursuant to *Federal Rules of Civil Procedure*, Rule 41(a)(1)(A)(ii), it is hereby STIPULATED by and between plaintiff, TYCE HELDENBRAND, and defendants, MULTIPOINT WIRELESS, LLC, a California Limited Liability Company; and ERICSSON, INC., and each of them, by and through their respective attorneys of records that the above-entitled action be dismissed in its entirety, with prejudice, with

1  each party to bear his or its own attorney fees and costs except as may have been
2  separately and expressly agreed to by and between the parties.
3
4  **IT IS SO STIPULATED.**
5
6  DATED: June 4, 2013                    **KEMP & KEMP**
7
8                                          By: _____
                                               James P. Kemp
9                                              7435 W. Azure Drive, Suite 110
                                               Las Vegas, NV 89130
10
                                               Attorneys for Plaintiff,
11                                             TYCE HELDENBRAND
12
13 DATED: June 7, 2013                    **MURCHISON & CUMMING, LLP**
14
15                                         By: _____
                                               William D. Naeve, Esq.
16                                             Nevada Bar No. 7837
                                               6900 Westcliff Drive, Suite 605
17                                             Las Vegas, Nevada 89145

18                                             Attorneys for Defendant,
                                               MULTIPOINT WIRELESS, LLC, a
19                                             California Limited Liability Company
20
21 DATED: June____, 2013                  **TISDALE & NICHOLSON, LLP**
22
                                           By: _____
23                                             Guy C. Nicholson, Esq.
                                               2029 Century Park East, Suite 900
24                                             Los Angeles, CA 900067
25
                                               Attorneys for Defendant,
                                               ERICSSON, INC.
26 ///
27 ///
28 ///

2
STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER THEREON

1  each party to bear his or its own attorney fees and costs except as may have been
2  separately and expressly agreed to by and between the parties.
3
4      **IT IS SO STIPULATED.**
5
6  DATED: June 4, 2013                    **KEMP & KEMP**
7
8                                          By: _____
9                                             James P. Kemp
                                               7435 W. Azure Drive, Suite 110
                                               Las Vegas, NV 89130
10
11                                          Attorneys for Plaintiff,
                                            TYCE HELDENBRAND
12
13 DATED: June 7, 2013                   **MURCHISON & CUMMING, LLP**
14
15                                         By: _____
                                              William D. Naeve, Esq.
16                                            Nevada Bar No. 7837
                                              6900 Westcliff Drive, Suite 605
                                              Las Vegas, Nevada 89145
17
18                                         Attorneys for Defendant,
                                           MULTIPOINT WIRELESS, LLC, a
19                                         California Limited Liability Company
20
21 DATED: June 17, 2013                  **TISDALE & NICHOLSON, LLP**
22
23                                         By: _____
                                              Guy C. Nicholson, Esq.
24                                            2029 Century Park East, Suite 900
                                              Los Angeles, CA 900067
25                                         Attorneys for Defendant,
                                           ERICSSON, INC.
26  ///
27  ///
28  ///

DATED: June 19, 2013

LIONEL SAWYER & COLLINS

By: *[signature]*
Charles H. McCrea, Esq.
300 S. Fourth Street, Suite 1700
Las Vegas, CA 89101

Attorneys for Defendant,
ERICSSON, INC.

## ORDER

Good cause appearing therefor,

IT IS SO ORDERED.

DATED: June 21, 2013

*[signature]*
UNITED STATES DISTRICT JUDGE